UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal Action No. 6: 12-49-DCR |
| V. | ) ) | |
| CHRISTINA HOLT, | ) | **MEMORANDUM ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On January 2, 2013, Defendant Christina Holt entered a guilty plea to a charge of conspiring to distribute 500 grams or more of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846. As reflected in the defendant's written Plea Agreement which was tendered to the Court at the time of the defendant's guilty plea, the statutory penalty for this offense includes a term of imprisonment of not less than ten years. [*See* Record No. 49; Plea Agreement, ¶ 4.] Defendant Holt was sentenced on April 3, 2013, to a term of imprisonment of 120 months. [Record Nos. 63, 64] This was the minimum term of incarceration that could have been imposed based on the count of conviction.

On April 13, 2015, Defendant Holt filed a motion seeking a reduction of her sentence pursuant to 18 U.S.C. § 3582(c) based on recent amendments to the United States Sentencing Guidelines. [Record No. 94] However, the two-level reduction does not apply here because the defendant was not sentenced according to the United States Sentencing Guidelines, but pursuant

to the mandatory minimum term required by the relevant statute of conviction. Accordingly, it is hereby

**ORDERED** that Defendant Christina Holt's Motion Under Title 18 U.S.C. Section 3582(c)(2) and United States Sentencing Guidelines Section 1B1.10(d) for Reduction of Sentence Based on Retroactive Amendment 782 [Record No. 94] is **DENIED**.

This 14th day of April, 2015.



Signed By:
*Danny C. Reeves* DCR
United States District Judge